Rawlinson, Circuit Judge,
dissenting:
I respectfully dissent. In my view, this case is not the same as one involving a classic anonymous tip. The person who reported to Montijo that there was a man with a gun was still present when the police arrived. In similar circumstances, the United States Supreme Court has upheld a determination that reasonable suspicion existed. See Adams v. Williams, 407 U.S. 143, 147, 92 S.Ct. 1921, 32 L.Ed.2d 612 (1972) (holding that reasonable suspicion exists when the information is “immediately verifiable at the scene.... ”). The police officers in this case did absolutely nothing wrong. Indeed, it is likely that their timely arrival prevented a shooting. Because I would uphold the district court’s denial of the motion to suppress, I respectfully dissent.